# Third District Court of Appeal

## State of Florida

Opinion filed November 1, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1882
Lower Tribunal No. 20-14402

————————————

**Amparo O'Connell,**
Appellant,

vs.

**Thomas O'Connell,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Hasbun & Mendoza, P.L.L.C., and Maribel Mendoza and Michelle Hasbun, for appellant.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale), for appellee.

Before EMAS, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.